PER CURIAM.
Affirmed. See Sims v. Apperson Chemicals, Inc., Fla.App. 1st 1966, 185 So.2d 179; Restatement (Second), Torts § 314 (1965); 2 Harper and James, Torts §§ 18.1, 18.2, 18.6, 18.7 (1956). Cf. Railway Express Agency, Inc. v. Garland, Fla.App.1st 1972, 269 So.2d 708; Lydick v. Chance, Fla.App.2d 1968, 214 So.2d 885; Tuloma Gas Products Company v. Lehmberg, Tex.Civ.App. 1968, 430 S.W.2d 281.
MANN, C. J., and LILES and McNULTY, JJ., concur.